**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXOTTICA GROUP S.p.A., OAKLEY, INC., and COSTA DEL MAR, INC., | Case No. 22-cv-04578 |
| Plaintiffs, | **Judge Andrea R. Wood** |
| v. | **Magistrate Judge M. David Weisman** |
| WUHAN JINTENG MANUFACTURING & TRADING CO., LTD., et al., | |
| Defendants. | |

<u>**DECLARATION OF DAVEN BRODESS**</u>

I, Daven Brodess, declare as follows:

1. I am a Managing Partner and Co-Founder of DTC Retail LLC ("DTC Retail"), an Amazon selling agency. I have been in this role since 2017. DTC Retail is a full-service e-commerce consulting agency that works with brands and manufacturers to grow their sales and profit on Amazon both in the United States and globally. We specialize in building traffic and converting traffic to revenue by leveraging our industry experience and close relationships with clients into holistic strategies, practical insights, and efficient execution. Our team executes and optimizes advertising, marketing, logistics, brand management, etc. to maximize Amazon sellers' market penetration and sales.

2. Prior to founding DTC Retail, I spent over four years working at Amazon in a variety of roles including management, marketing, and supply chain roles and consulting with brands to grow their businesses online. At Amazon, I gained significant experience and knowledge in buying and sourcing products, sales and operations planning, managing inventory, product advertising

and marketing, product listing creation and optimization, Amazon customer experience, and strategic branding to increase product discoverability.

3. I earned a Master of Business Administration degree from the University of Western Australia, and a Bachelor of Arts degree in economics from the University of Notre Dame.

4. I have previously served as an expert witness during *Wham-O-Holding, Ltd. v. The Partnerships, et al*, No. 20-cv-04196 (N.D. Ill. July 16, 2024) in March of 2023.

5. Attached hereto as **<u>Exhibit 1</u>** includes my resume, which provides a complete list of my experience.

6. These statements are made based on the knowledge I gained from my experience working at Amazon and as Managing Partner for DTC Retail.

7. I have reviewed the pleadings and evidence in this case, including WX USA's (Def. No. 40) ("Defendant") Motion to Set Aside Default Judgment [49] and its supporting documents, the Renewed Motion to Set Aside Default Judgment [57] and its supporting documents, the screenshot evidence of the infringing product which was previously filed as part of Exhibit 2 [17] to the Declaration of Jason Groppe [16], Defendant's discovery responses, the order confirmation for the infringing product, the shipping confirmation for the infringing product, and the Amazon invoice for the infringing product. Additionally, I have done my own independent review of the Defendant's Amazon seller's page, product listings, and marketing.

8. International sellers, particularly those based in China, represent a significant portion of the Amazon.com seller base. These sellers choose to sell on Amazon.com due to Amazon's over 150 million Prime members and 230 million active customers.[1]  Amazon represents about 40% of total e-commerce sales and Amazon is one of the largest overall retailers in the United States.

---

[1] https://amzscout.net/blog/amazon-statistics/

For reference, Amazon's online sales in 2022 were 372 billion dollars versus Walmart's online sales at 47 billion (8 times as large). Amazon.com is the online gorilla in the room in the United States and dwarfs any other online marketplaces, retailers, or websites in size of customer base. Access to this customer base is a leading reason why sellers, both international and domestic, choose to sell on Amazon versus another platform and/or in addition to their own website. Other marketplaces such as Walmart, eBay, or Wayfair are relatively tiny. Other retailers such as Home Depot, Target, or Bed Bath and Beyond are also relatively tiny, and additionally have strict supplier agreements and listing requirements which make it difficult for sellers to list products and open up a shop. Choosing to sell on Amazon.com has given Defendant access to this large customer base that it would not be able to easily reach on its own.

9. Amazon provides services and programs that make the sales process easier for the seller, and particularly for international sellers. This includes listing creation, marketing, advertising, fulfillment, payment processing, and customer service. This helps reduce the costs and effort needed to sell online and reach target customers. By using Amazon, sellers can also decide to use additional marketing mechanisms to target United States consumers, including: coupons, deals, and sponsored advertising. Defendant is currently running both sponsored advertising and coupon promotions available for use by U.S. customers. *See* Figure 1 and Figure 2.



*Figure 1*



*Figure 2*

10. Sellers like Defendant also capitalize on the fact that Amazon is consistently rated as one of the most valuable and trustworthy brands in the United States. Sellers benefit from this because when customers shop on Amazon and purchase products, they know they are protected by Amazon's customer service and return policies. This increases confidence in a seller's products, improves conversion, and increases sales. Essentially, when customers shop on Amazon, they feel confident that they are going to get authentic products and that they are going to receive them quickly. Customers also trust that their personal and credit card information is secure and that they will not receive unwanted spam emails from sellers after the order is complete. In practice, this reflects in that customers are much more likely to buy a product from Amazon rather than from a website they have never heard of. Conversion on Amazon is typically five to ten times of what is seen on a brand's own website. Without selling on Amazon, it is very hard for an unknown or new brand to get to market penetration, and would be even harder for an international brand without domestic know how. Amazon removes this hurdle with customer trust that has built up over the last twenty-five years, and sellers get to leverage this when selling through Amazon.

11. I determined that the listing sold by Defendant is seller fulfilled, because products that are fulfilled by Amazon would include that information on the product detail page. The infringing product screenshots specifically states "Ships from WX USA" which indicated that this is a seller fulfilled listing.

12. Amazon operates a number of marketplaces such as .com, .ca, .co.uk, .au, .de, .jp that specifically target domestic customers in each of the respective locales and offers a local virtual shelf. While all sites can technically be accessed by customers worldwide, the local sites give customers benefits such as fast load times through domestic servers, fast shipping, increased

selection, and local languages and currency options. As a practical matter, users of different countries will by default be taken to the local Amazon marketplace corresponding to their country. Additionally, listings that are seller fulfilled, like the infringing listing in this case, are generally only shipped and sold within the respective local country. Sellers choose to sign up for the specific Amazon website of their choosing so that they can target the applicable market's customers.

13. For example, sellers sign up for Amazon.com (rather than Amazon.co.uk or Amazon.jp) to specifically target U.S. customers, whereas if sellers want to target customers in the United Kingdom, they would sign up for Amazon.co.uk (rather than Amazon.com). Based on my review of the Exhibits as well as Defendant's current Seller Storefront, seller "WX USA" has signed up and listed products on Amazon.com. This can be seen based on the URL of its product detail pages that shows "amazon.com" as the domain rather than amazon.au or amazon.mx or amazon.co.uk for Australia, Mexico, or the United Kingdom, respectively. Defendant even tries to represent itself as having U.S. ties via its Seller Display Name "WX USA," which is a name that each seller chooses (*see* Figure 3). For instance, Defendant did not name itself "WX China" or "WX Germany."



*Figure 3*

14. When an Amazon seller creates an account to target a specific market, they affirmatively select and customize the locations that they will service and ship products to. Generally, products listed on a respective marketplace (like, Amazon.ca), particularly seller fulfilled products, will not be available for purchase by a consumer in a different region (like in the United Kingdom) unless the seller affirmatively agrees to international shipping. This is not something that happens by default or under Amazon's control if the product is not fulfilled by Amazon. In respect to this case, WX USA does not appear to ship to locations other than the United States.

15. To determine this, I visited both Defendant's Amazon.com link (which can be found at amazon.com/sp?seller=A3IZ4QP59EGVGE) and its Amazon.ca link (which can be found at www.amazon.ca/sp?seller=A3IZ4QP59EGVGE). Defendant's Amazon.com store had several product listings that are available for delivery into the United States. *See* Figure 4. Conversely,

7

Defendant did not have any products listed on its Amazon.ca storefront. which shows Defendant does not offer products through Amazon.ca. *See* Figure 5.



*Figure 4* (USA Storefront)



*Figure 5* (Canada Storefront)

16. Moreover, when I attempted to change the shipping destination for a product sold through Defendant's Amazon.com store to Canada, I received a message that said the item cannot be shipped to the selected delivery location. *See* Figure 6.



*Figure 6*

17. Based on my knowledge and experience and after reviewing the facts of this case, Defendant, through its Amazon.com store, exclusively targets its business activities into the United States; specifically, the regions of the United States that Defendant affirmatively agreed to service while it was setting up its Amazon.com store, which includes Illinois.

18. As a marketplace facilitator, Amazon also collects and remits taxes on behalf of sellers for each state,[2] which would be unfeasible for small sellers to do individually on their own. As a seller on Amazon, with $1.6 million in sales, a portion of Defendant's sales would have been

---

[2] https://www.amazon.com/gp/help/customer/display.html?nodeId=202211260.

generated in Illinois, and Defendant would have had sales tax collected and remitted to Illinois by Amazon on its behalf.

19. Setting up a store on Amazon.com, and then creating a product listing, requires sellers to affirmatively take a number of distinct steps and actions. After the account is set up, sellers would need to take further steps to create a product listing, and to agree to both accept an order, and then to ship an order.

20. In this regard, Defendant:

   a. Signed up for and opened an Amazon.com account (and not an Amazon.co.uk, Amazon.sg, Amazon.de, etc). This is evidenced by their storefront being on ".com" versus another marketplace. To do this, Defendant would have needed to complete a sign-up workflow on Amazon where it provided business and identity information and verification such as entity profile, tax information, and shipping settings and accepted Amazon's Terms of Service and Business Agreements. In my experience helping dozens of sellers sign up for accounts, this process typically takes about an hour, plus an additional day or two for various identity verifications.

   b. Created a product listing in the U.S. marketplace by providing product information to the Amazon system ranging from basic product data (SKU, product name, price), to listing copy, images, and meta data. There are dozens of pieces of information that need to be provided, and hundreds of additional optional fields. *See* Figure 7.



*Figure 7*

c.  Developed the product images and entered the product information in English (not in another language). It is common for sellers to create listings in the local language of the marketplace they are listing on to the benefit of the customers they are targeting. Thus, an international seller creating a page on Amazon.com in English would be related to targeting American customers.

d.  Loaded inventory—for Amazon to show an offer as buyable to customers, inventory must be actively available on the product. A product would not be searchable or purchasable for consumers unless Defendant confirmed it had inventory to fill the orders. Therefore, Defendant would have needed to supply Amazon with inventory availability of at least 1 unit for ASIN B0B1ZJKRKD for

it to have been ordered.  This is an active step as Amazon's default is "0" inventory for a new product listing.

    e.   Reviewed any placed order, and chose not the cancel the order.

    f.   Confirmed shipping of the order. In order for Amazon to have sent the shipping confirmation e-mail, Defendant must have provided Amazon with the required tracking information. Amazon would not have automatically sent this shipping confirmation if Defendant did not provide the tracking information.

21. Based on the information I reviewed, it is also almost certain that Defendant received the sales funds from Amazon from the order—since the order was not cancelled and shipping was input, associated funds would have been generated from the order.

22. Based on the evidence I reviewed, my knowledge of Amazon's internal operations, and seller account operations, Defendant listed the infringing product, loaded inventory on the infringing product, took an order on the infringing product, and confirmed to Amazon that it shipped the infringing product by entering tracking information

23. As part of the seller sign up process, sellers must provide Amazon with an "admin" email address, which is the primary email address associated with the account.  This email address receives all business critical information from Amazon including infringement notices and disbursement attempts and amounts.

24. When an infringement claim is opened from a Rights Owner, Amazon typically a) sends an email to the admin email address, b) sends a performance notification which can be viewed in Seller Central, and c) logs an Account Health notice.  Additionally, Amazon sometimes opens up a case in the case log as appears to be referenced as Case ID 10738870841 in Exhibit F [58-6] to the Declaration of Zhang Tao [58].  Additionally, just

because an Amazon account is in "Healthy" status does not mean that there are no claims or violations against the account. A "Healthy" account simply means that the account is not currently suspended or under review for suspension by Amazon.

25. Regarding disbursements (payments from Amazon to sellers of due funds), Amazon's standard is to disburse funds every 2 weeks to sellers. When disbursements attempts are made, an email is triggered and sent to the admin email address. In practice, this means the Defendant would be receiving emails every 2 weeks about its payments (or lack thereof) to its account. The emails would specifically note the amount of funds being disbursed. *See* Figure 8 as an example.



*Figure 8*

26. Based on the evidence I reviewed, my knowledge of Amazon's internal operations, and seller account operations, it is difficult to accept that a seller – especially one that has sold $1.6 million on Amazon and generated almost $1 million in funds – was not aware of either

the infringement notices from Amazon or the undisbursed balance for a year and a half. For reference, according to Jungle Scout, only 5% of Amazon sellers have done more than $ million in lifetime sales.[3]  Defendant is a top bucket seller on Amazon, and would have been contacted about the infringement notices and funds via multiple avenues, repeatedly, and over extended periods of time. Based on this, it is highly likely Defendant was aware of both of the account restraint, and the reason for it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26 day of June 2024 at Grand Rapids, Michigan, 49506.

*Daven Brodess*
_____
Daven Brodess

---

[3] https://www.junglescout.com/resources/articles/how-much-do-amazon-sellers-make/#:~:text=Selling%20on%20Amazon%20has%20been,$5%2C000%2C001%2D10%2C000%2C000:%201%25

14